```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38830
   PATRICIA CHAPELLO
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5866

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/19/2004 and was confirmed 12/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.37% from remaining funds.

     The case was paid in full 11/20/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
 DISCOVER FINANCIAL SERVI  UNSECURED          8982.58            .00        1201.33
 MIDLAND FINANCE           CURRENT MORTG          .00            .00            .00
 SHERMAN ACQUISITION       UNSECURED         23752.77            .00        3176.70
 ROUNDUP FUNDING LLC       UNSECURED         23730.76            .00        3173.75
 ECAST SETTLEMENT CORP     UNSECURED OTH      4785.76            .00         640.00
 MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                       2,700.00
 TOM VAUGHN                TRUSTEE                                            628.22
 DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                  11,520.00

 PRIORITY                                             .00
 SECURED                                              .00
 UNSECURED                                       8,191.78
 ADMINISTRATIVE                                  2,700.00
 TRUSTEE COMPENSATION                              628.22
 DEBTOR REFUND                                        .00
                         --------------      --------------
 TOTALS                   11,520.00             11,520.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```